STATE BOARD OF EDUCATION and STATE BOARD OF CONTROL v. BENJAMIN ARTHUR BOURNE.

193 So. 62
Opinion Filed January 9, 1940

*George Couper Gibbs,* Attorney General, and *John L. Graham,* Assistant Attorney General, for Appellants;

*Sheppard, Clements & Woolslair* and *Philip D. O'Connell,* for Appellee.

PER CURIAM.—It appears from an examination of the record in this case that the State of Florida is a necessary party in this suit. Said cause is hereby reversed and remanded in order that an opportunity be given and that proper steps be taken to make the State of Florida a party plaintiff in said cause.

Reversed.

TERRELL, C. J., WHITFIELD, P. J., and BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.